**Additional Attachments to
Notice of Removal (Docket No. 1)**