# INDEX
## CAUSE NO. DC89-CV2023-1234

001 - Original Petition (Ps) — File date: 07/05/2023

002 - Citation Issued — File date: 07/17/2023

003 - Service Request Sheet — File date: 07/17/2023

004 - Service Request Sheet — File date: 07/17/2023

005 - Notice of Hearing — File date: 07/17/2023

006 - Notice Issued — File date: 07/17/2023

007 - Notice Issued — File date: 07/17/2023

008 - Original Answer (Ds) — File date: 07/18/2023

009 - Temporary Restraining Order — File date: 07/24/2023

010 - Service Request Sheet — File date: 07/24/2023

011 - Citation Issued — File date: 07/24/2023

012 - Temporary Restraining Writ Issued — File date: 07/24/2023

013 - Return of Service (Citation) — File date: 07/26/2023

014 - Return of Service (Temporary Restraining Order) — File date: 07/26/2023

015 - Return of Service (Notice of Hearing) — File date: 07/26/2023

016 - Brief in Support of Defendant's Response to Plaintiff's Request for Equitable Relief — File date: 07/28/2023

017 - First Amended Petition & Application for Temporary Injunction (Ps) — File date: 08/09/2023

018 - Third Amended Petition & Application for Temporary Injunction (Ps) — File date: 08/10/2023

019 - Brief in Support of Application for Temporary Injunction — File date: 08/15/2023

020 - Motion to Compel Mediation — File date: 08/16/2023

| | |
|---|---|
| 021 - Order Compelling Mediation | File date: 08/15/2023 |
| 022 - Defendant's Objections to ADR Referral | File date: 08/16/2023 |
| 023 - Order Setting Hearing | File date: 08/18/2023 |
| 024 - Motion for Hearing on Motion to Compel | File date: 08/22/2023 |
| 025 - Order Setting Hearing on Motion to Compel | File date: 08/22/2023 |
| 026 - First Amended Answer to Third Amended Petition, Motion to Dismiss Plaintiff's Application for Temporary Injunction Pursuant to Tex. R. Civ. P. 91a, and Counterclaim (Ds) | File date: 08/22/2023 |
| 027 - Brief in Support of Application for Temporary Injunction | File date: 08/29/2023 |
| 028 - Order Setting Hearing on Plaintiff's Request for Temporary Injunction | File date: 08/29/2023 |
| 029 - Order Setting Hearing on Defendant's Motion to Dismiss and Objections to ADR Referral | File date: 09/27/2023 |
| 030 - Original Answer to Defendant's Counterclaim; and Response to Defendant's Rule 91a Motion to Dismiss Plaintiff's Application for Temporary Injunction (Ps) | File date: 09/28/2023 |
| 031 - Order Overruling Defendant's Objections to ADR Referral | File date: 10/05/2023 |
| 032 - Rule 306a-3 T.R.C.P. Letter | File date: 10/06/2023 |
| 033 - Rule 306a-3 T.R.C.P Letter | File date: 10/06/2023 |
| 034 - Motion to Recuse Trial Judge (Ds) | File date: 10/20/2023 |
| 035 - Returned Mail re Order Overruling Defendant's Objections to ADR Referral | File date: 10/25/2023 |
| 036 - Motion to Vacate Mediation Order (Ds) | File date: 11/02/2023 |
| 037 - Motion for Summary Judgment (Ps) | File date: 01/10/2024 |
| 038 - Response to Motion for Summary Judgment (Ds) | File date: 01/19/2024 |

| | |
|---|---|
| 039 - First Amended Motion to Recuse Trial Judge (Ds) | File date: 04/17/2024 |
| 040 - Order Recusing Trial Judge | File date: 04/18/2024 |
| 041 - Order of Assignment by Administrative Judge | File date: 05//10/2024 |
| 042 - Notice of Appearance & Designation of Lead Counsel | File date: 06/27/2024 |
| 043 - Motion to Realign the Parties & Dismiss Board's Counterclaim | File date: 06/28/2024 |
| 044 - Response to Plaintiff's Motion to Realign the Parties & Dismiss Board's Counterclaim | File date: 07/01/2024 |
| 045 - Motion to Dismiss for Lack of Jurisdiction | File date: 07/03/2024 |
| 046 - Notice of Hearing on Defendant's Plea to the Jurisdiction | File date: 07/05/2024 |
| 047 - Motion to Withdraw as Counsel (John Nation) | File date: 07/09/2024 |
| 048 - Motion to Withdraw as Counsel (Ron Poole) | File date: 07/09/2024 |
| 049 - Motion for Protection from Discovery | File date: 07/12/2024 |
| 050 - First Amended Motion for Protection from Discovery | File date: 07/12/2024 |
| 051 - Response to Board's Motion to Dismiss for Lack of Jurisdiction | File date: 07/25/2024 |
| 052 - Docket Control Order | File date: 07/30/2024 |
| 053 - Reply to Plaintiff's Response to Defendant's Motion to Dismiss for Lack of Jurisdiction | File date: 08/19/2024 |
| 054 - Supplemental Pleading No. 1 to ¶4.2 of his Third Amended Petition & Application for Temporary Injunction | File date: 08/19/2024 |
| 055 - Sur-Reply to Defendant's Reply to Plaintiff's Response to Defendant's Motion to Dismiss | File date: 08/23/2024 |
| 056 - Order of Dismissal | File date: 08/29/2024 |
| 057 - Notice of Appeal (Ps) | File date: 08/29/2024 |

| | |
|---|---|
| 058 - Notice of Appearance (Holly Crampton) | File date: 09/09/2024 |
| 059 - Notice of Non-Suit | File date: 09/09/2024 |
| 060 - Notice from Second District Court of Appeals (Court of Appeals No. 02-24-00406-CV) | File date: 09/16/2024 |
| 061 - Request for Findings of Fact & Conclusions of Law from the Order of Dismissal | File date: 09/16/2024 |
| 062 - Response to Plaintiff's Request for Findings of Fact and Conclusions of Law | File date: 09/17/2024 |
| 063 - Request that the Court Render a Final Judgment | File date: 09/17/2024 |
| 064 - Response to Plaintiff's Request that the Court Render a Final Judgment | File date: 09/17/2024 |
| 065 - First Amended Response to Plaintiff's Request that the Court Render a Final Judgment | File date: 09/18/2024 |
| 066 - Notice of Appeal from Second District Court of Appeals | File date: 09/19/2024 |
| 067 - Amended Notice of Appeal from Second District Court of Appeals | File date: 09/19/2024 |
| 068 - Motion for New Trial (Ps) | File date: 09/30/2024 |
| 069 - Deputy Court Reporter Log | File date: 10/07/2024 |
| 070 - Findings of Fact & Conclusions of Law | File date: 10/07/2024 |
| 071 - Findings of Fact & Conclusions of Law | File date: 10/09/2024 |
| 072 - Agreed Order to Consolidate Cause No. DC89-CV2024-2066 | File date: 10/10/2024 |
| 073 - Notice of Opinion and Judgment from Second District Court of Appeals | File date: 11/01/2024 |
| 074 - Memorandum Opinion & Judgment from Second District Court of Appeals | File date: 11/01/2024 |
| 075 - First Amended Petition (Ps) | File date: 12/06/2024 |

| | |
|---|---|
| 076 - Letter from Judge Doug Robison | File date: 12/10/2024 |
| 077 - Email from Court Coordinator | File date: 12/10/2024 |
| 078 - Orders Entered After Status Conference, and Scheduling and Trial Preparation Order | File date: 12/10/2024 |
| 079 - Order Setting Hearing for Preliminary Injunction | File date: 12/11/2024 |
| 080 - Answer to First Amended Petition (Ds) | File date: 12/30/2024 |
| 081 - Notice of Removal (Ds) | File date: 01/03/2025 |

### Cause No. DC89-CV2024-2066
### (Has been consolidated with Cause No. DC89-CV2023-1234)

| | |
|---|---|
| 082 - Original Petition, Application for Temporary Restraining Order & Application for Temporary Injunction | File date: 09/30/2024 |
| 083 - Request for Assignment from Judge Jeff McKnight | File date: 10/01/2024 |
| 084 - Request for Issuance of Citations & Writs | File date: 10/02/2024 |
| 085 - Citation Issued | File date: 10/03/2024 |
| 086 - Order of Assignment by Administrative Judge | File date: 10/03/2024 |
| 087 - Original Answer, Response to Plaintiff's Application for Equitable Relief, Counterclaim, and Request for Disclosure | File date: 10/03/2024 |
| 088 - Order of Voluntary Recusal by Judge Charles Barnard | File date: 10/03/2024 |
| 089 - Return of Service | File date: 10/04/2024 |
| 090 - Agreed Order to Consolidate with Cause No. DC89-CV2023-1234 | File date: 10/10/2024 |