IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **MAXX GREEN a/k/a MAXIE DELANO GREEN d/b/a A TO Z BAIL BONDS,**<br><br>Plaintiff,<br><br>v.<br><br>**WICHITA COUNTY BAILBOND BOARD, ET AL,**<br><br>Defendants. | **CIVIL ACTION NO.<br>7:25-cv-00001-O**<br><br><br><br>**JURY DEMANDED** |

### MAXX GREEN d/b/a A to Z BAIL BONDS' MOTION TO REMAND

Plaintiff, Maxx Green d/b/a A-Z Bail Bonds, ("Green") hereby moves to for this Court to remand this action to the District Court for Wichita County, Texas.

This matter was removed by defendants to this court on January 3, 2025 based upon federal question jurisdiction. [Dkt. #1]. Green has later filed an Amended Complaint. [Dkt. # 1-3]. That Amended Complaint deleted all claims which could possibly give rise to federal question jurisdiction. Diversity Jurisdiction does not exist. Under the authority of *Royal Canin USA*, v. Wullschleger, 604 U.S. ___ (2025), this Court no longer supplemental jurisdiction over state law claims, this court lacks subject matter jurisdiction, and this matter should be remanded to District Court in Wichita County, Texas. Pursuant to Local Rule 7.2, Green has filed filed concurrently a brief in support of this motion, which is incorporated herein by reference for all purposes.

For the foregoing reasons, Maxx Green d/b/a A to Z Bail Bonds respectfully requests that this matter be remanded to the District Court for Wichita County, Texas.

1

Respectfully submitted,

GROTEFELD HOFFMANN, LLP



By: _____
Lawrence T. Bowman
Texas State Bar No. 00788993
1717 Main Street, Suite 3650
Dallas, Texas 75201
Telephone: (214) 974-7399
Facsimile:  (312) 601-2402
Email:  lbowman@#ghlaw-llp.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 4, 2024, a true and correct copy of the foregoing was served on all counsel of record via the Court's e-file system.

_____
Lawrence T. Bowman