IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| MAXX GREEN | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:25-CV-00001-O |
| | § | |
| WICHITA COUNTY, TEXAS, ET AL., | § | |
| | § | |
|    Defendants. | § | |

## ORDER

    Pending before the Court are Defendant Meredith Kennedy's Motion to Dismiss (ECF No. 6), filed on January 22, 2025, and Plaintiff's Motion to Remand (ECF No. 10), filed on February 4, 2025. The Court determines that the remand question should be resolved first. For that reason, the Court **ORDERS** expedited briefing on the issue. Defendant **SHALL** file a response to the Motion to Remand by no later than **February 10, 2025**. Plaintiff **SHALL** file a reply by no later than **February 13, 2025**. All briefing deadlines for the Motion to Dismiss are **STAYED** pending resolution of the remand question. Likewise, the meet-and-confer and joint report deadlines imposed by the Court's January 24, 2025, Order (ECF No. 8) are also **STAYED** pending resolution of the remand question. Alternatively, should the Parties agree that this case should be remanded, the Parties may jointly notify the Court of their agreement.

    **SO ORDERED** this **5th day** of **February, 2025**.

                                                         _____
                                                          Reed O'Connor
                                                          UNITED STATES DISTRICT JUDGE