IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| MAXX GREEN | § | |
| | § | |
|   Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:25-CV-00001-O |
| | § | |
| WICHITA COUNTY, TEXAS, ET AL., | § | |
| | § | |
|   Defendants. | § | |

## ORDER

Before the Court is the Parties' Joint Agreed Notice to Remand (ECF No. 14), filed February 11, 2025. The Parties inform the Court that "Plaintiff amend[ed] his complaint and remov[ed] all federal claims," and "Defendants do not oppose Plaintiff's Motion to Remand." ECF No. 14 at 1. Accordingly, this Court now lacks subject matter jurisdiction over this action. It is **ORDERED** that this case is hereby **REMANDED** to the 89th District Court of Wichita County, Texas. It is further **ORDERED** that any pending motions before the Court are hereby moot, and all upcoming deadlines and hearings are removed from the Court's calendar. Each party shall bear their own fees and costs with respect to the removal and this remand.

    **SO ORDERED** this **11th day** of **February, 2025**.

_Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE