# United States District Court
Northern District of Texas

Karen Mitchell  
Clerk of Court

Wichita Falls Division

February 11, 2025

89th District Court  
900 7th Street  
Rm 300  
Wichita Falls, TX 76301

RE: Green v. Wichita County, Texas et al

Style: 7:25-cv-00001-O

Dear Clerk:

Enclosed is a certified copy of an Order and/or Judgment remanding the above captioned case back to the 89th District Court, Wichita County, DC89-CV2024-2066 along with a copy of the docket sheet.

If you have any questions regarding this matter, I may be reached at 817-850-6601.

Sincerely,  
Karen Mitchell, Clerk

By: MW  
Deputy Clerk

Enclosure  certified order  
certified docket sheet

cc:  Counsel of Record  
Case file (public entry)